**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DOUGLAS OSTER,

    Plaintiff,

    v.

BANK OF AMERICA, N.A., *et al.*,

    Defendants.

3:12-cv-90-RCJ-VPC

**ORDER**

    On January 17, 2012, Plaintiff Douglas R. Oster filed a complaint in Nevada state court against Defendants Bank of America, N.A.; BAC Home Loans Servicing, LP; Countrywide Home Loans Servicing, LP; BAC GP, LLC; ReconTrust Company, N.A.; Nations Home Funding, Inc.; James M. McQuaig; and Mortgage Electronic Registration Systems, Inc. ("MERS"). (Compl. (#1-1) at 1). The complaint contains three causes of action related to the foreclosure of Plaintiff's home. (*Id.* at 30-34). The complaint was later removed to this Court on February 10, 2012. (Pet. for Removal (#1)).

    Defendants Bank of America (on behalf of itself and as successor by merger to BAC Home Loans Servicing, f/k/a Countrywide Home Loans Servicing), BAC GP, ReconTrust Company, and MERS (collectively "Defendants") filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on March 29, 2012. (Mot. to Dismiss (#7)). Plaintiff failed to respond to Defendants' Motion to Dismiss.

    Under Nevada Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." The "[f]ailure to follow a district court's local rules is a proper ground for dismissal." *Ghazali*

*v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).

Plaintiff here failed to file a response to Defendants' Motion to Dismiss. Under Nevada Local Rule 7-2(d), Plaintiff is therefore deemed to consent to the granting of the Motion to Dismiss. Accordingly, the Court dismisses the complaint against Defendants with prejudice.

For the foregoing reasons, IT IS ORDERED that Defendants' Motion to Dismiss (#7) is GRANTED and that the complaint is dismissed with prejudice.

DATED: This 3rd day of August, 2012.

_____
United States District Judge